United States Bankruptcy Court
Southern District of Illinois

| | |
|---|---|
| In re:  Janet M Snyder & Crystal D Gonzalez ) | |
| ) | |
| Debtors ) | |
| ) | Case No. 16-30286 |
| Janet M Snyder & Crystal D Gonzalez ) | |
| ) | |
| Movants ) | |
| ) | |
| Ameren Illinois ) | |
| ) | |
| Respondent ) | |

## MOTION TO MODIFY UTILITY DEPOSIT

COMES NOW the Debtors, by attorney John Sholar, and by this Motion move to Modify Adequate Assurance Utility Deposit and states as follows:

1. That Debtor filed a voluntary petition under Chapter 7 on 03/01/2016.

2. That AMEREN IILLINOIS is listed as a creditor on Debtor's Schedule F herein.

3. That AMEREN IILLINOIS is a utility for all purposes herein.

4. That AMEREN IILLINOIS has notified the Debtor that a security deposit must be tendered to avoid disconnection of utility services.

5. That per Schedule J filed herein, Debtor's average monthly usage is $270.00.

6. That, notwithstanding the provisions of 11 U.S.C. §366(a), the amount of the deposit demanded by AMEREN ILLINOIS in this case is excessive under the circumstances.

7. That 11 U.S.C. §366(b) provides that upon request of a party in interest and after notice and a hearing, the Court may order reasonable modification of the amount of the deposit or other security necessary to provide adequate assurance of payment.

8. That a security deposit of $300.00 payable in three (3) monthly installments of $100.00 would provide adequate assurance of payment to AMEREN ILLINOIS.

WHEREFORE, Debtors pray for an Order modifying the amount of the adequate assurance

security deposit so as to fix the total of said deposit at $300.00, payable in monthly installments of $100.00 and for such other and further relief as the Court deems appropriate in the premises.

/s/ John Sholar_____
John Sholar, 06256669
Attorney for Debtors
2800 Buckmaster Lane
Suite B
Alton, Illinois 62002
(618) 465-3010
(618) 465-6201 FAX