IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 7 |
|    JANET M. SNYDER and | ) | |
|    CRYSTAL D. GONZALEZ, | ) | Case No: 16-30286 |
| | ) | |
|    Debtors. | ) | |

## **ORDER**

THIS MATTER is before the Court on the debtors' Motion to Allow Security Deposit to be Paid in Installments. Notice having been given and no objection having been filed, IT IS ORDERED that the Motion is GRANTED. Debtors are granted leave to pay the security deposit to Ameren Illinois in the amount of $300.00 in three (3) equal, monthly installments of $100.00.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: April 4, 2016

                                                    /s/ Laura K. Grandy
                                        UNITED STATES BANKRUPTCY JUDGE-11